HARRITON & FURRER, LLP
ATTORNEYS AND COUNSELORS AT LAW
84 BUSINESS PARK DRIVE
SUITE 302
ARMONK, NEW YORK 10504

(914) 730-3400
FAX (914) 730-3405
www.harriton-furrer.com

KEITH S. HARRITON, P.C. (NY & CT)
URS BRODERICK FURRER, P.C. (NY, NJ & CT)

KIMBERLY A. SANFORD (NY & CT)

**LEGAL ASSISTANTS**
CATHYJEAN DEMARTIN
CAROL A. BOCCARDI

December 5, 2008

Honorable Stanley R. Chesler
United States District Judge
US District Court of New Jersey
Frank Lautenberg United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: Pinkava's Motor Company, Inc. v. ExxonMobil Oil Corporation
    2:08-CV-08-03999

Honorable Sir:

  As you know, my firm represents Defendant ExxonMobil Oil Corporation in connection with the above-referenced matter.

  As Your Honor is aware, on August 12, 2008, you signed a TRO and directed the parties to appear before the Court on September 3, 2008 for further consideration of Plaintiff's Application for a Preliminary Injunction. By subsequent Order, you adjourned the oral argument on Plaintiff's Motion until December 18, 2008.

  Following my discussions with Plaintiff's counsel and with his consent, I would respectfully request that the December 18, 2008 continued oral argument on Plaintiff's Application be adjourned until on or after January 15, 2009 at a date convenient to the Court while the parties continue to attempt to reach a mutually agreeable settlement.

  If the foregoing adjournment is acceptable to the Court, I would respectfully request the Court to So-Order this letter where indicated below. It has been agreed that ExxonMobil will serve any opposition papers on or before January 2, 2009 and Plaintiff will serve its reply papers on or before January 14, 2009.

  Sincere thanks for your consideration to the foregoing. If you have any questions or comments regarding the foregoing, please do not hesitate to contact the undersigned.

HARRITON & FURRER, LLP
ATTORNEYS AND COUNSELORS AT LAW

Honorable Stanley R. Chesler
December 5, 2008
Page - 2 -

Very truly yours,

URS BRODERICK FURRER

UBF/nr
cc: Craig J. Whitney, Esq.
  Paul H. Schafhauser, Esq.

SO ORDERED:

HON. STANLEY R. CHESLER